UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

CEDRIC GREENE,                                    )
                                                  )          **Complaint for a Civil Case**
                                                  )
                                                  )
                                                  )
                                                  )
*(Write the full name of each plaintiff*          )          Case No.
*who is filing this complaint.   If the*          )          *(to be assigned by Clerk of*
*names of all the plaintiffs cannot fit in*       )          *District Court)*
*the space above, please write "see*              )
*attached" in the space and attach an*            )
*additional page with the full list of*           )          Plaintiff requests trial by jury:
*names.)*                                          )          ☐ Yes   ☒ No
                                                  )
**v.**                                             )
                                                  )
ST. VINCENT DE PAUL-                               )
CARDINAL MANNING CENTER,                           )
                                                  )
                                                  )
                                                  )
                                                  )
*(Write the full name of each defendant.*          )
*The caption must include the names of*            )
*all of the parties. Fed. R. Civ. P. 10(a).*       )
*Merely listing one party and writing "et*         )
*al." is insufficient. Attach additional*          )
*sheets if necessary.)*                            )

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Cedric Greene |
| Street Address | (Mailing Address)501 East 6TH Street |
| City and County | Los Angeles |
| State and Zip Code | California 90021 |
| Telephone Number | (323) 972- 9966 |
| E-mail Address | Cedricgreene33@yahoo.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | St. Vincent De Paul- Cardinal Manning |
| Job or Title | |
| Street Address | 231 Winston Street |
| City and County | Los Angeles |
| State and Zip Code | California 90013 |
| Telephone Number | (213) 229-9971 |
| E-mail Address | Socialservices@svdpla.org |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A.    Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

```
Plaintiff will ask for this case to be accepted by the
Court under 28 U.S. Code Section 1391(c)(1). We will
provide a legal basis for presenting the case in this
manner in the near future for legal purposes.
```

### B.    Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

### C.    Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.    The Plaintiff(s)

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2.    The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____ , is a citizen

of the State of *(name)* _____ Or is a citizen

of *(foreign nation)* _____ .


If the defendant is a corporation

The defendant, *(name)* _____ .

is incorporated under the laws of the State of *(name)*

_____ , and has its principal place of

business in the State of *(name)* _____ Or

is incorporated under the laws of the State of *(foreign nation)*

_____ , and has its principal place

of business in *(name)* _____ .


*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III.    Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1.    What happened to you?
2.    When did it happen?
3.    Where did it happen?
4.    What injuries did you suffer?
5.    What did each defendant personally do, or fail to do, to harm you?

It was on the evening of December 9, 2020, when the Cardinal Manning Center caused Greene extreme damage when he returned to their facility, and was served their memo expressing that he had to sit through an illegal facility confinement to their facility that they called a quarantine. The unlawful conditions and confinement didn't end until January 16, 2021, in which totals to "39 days" that homeless client Greene had to sit through a facility confinement that they alleged was caused by someone held in their isolation area. The facility confinement violated COVID protocols. It was also unconstitutional because they alleged that it was someone held in their isolation area.

That area of their facility had nothing to do with Greene and others that were homeless clients at their homeless facility.

We wish to take the time to address other concerns that could raise a question to this venue. The Colorado Supreme Court declined Certiorari of the matter on June 24, 2022, in case 2021SC724. The Highest State Court in Colorado decided against lifting the restrictions of Denver County District's Chief Judge. We furthermore got clarification from various sources within that system of the reason Colorado had taken restrictive action against Mr. Greene. That within itself shouldn't permit this case to proceed in the federal system where St. Vincent is

### IV.    Relief

State briefly and precisely what damages or other relief you want from the Court.  Do not make legal arguments.

Greene's seeks monetary damages that will be detailed at a later date. We also ask for the case to proceed here under 28 U.S. Code Section 1391(c)(1).

located. That's exceeding the Constitution and one's legal authority. During the 2024 calendar year, a proposed submission was presented to the Middle District of Georgia that Greene couldn't pursue due to spouse related reasons, but the unruliness towards Greene's spouse didn't come from that specific venue. It was a Federal Appeals Circuit that had badly disrespected the spouse of Cedric Greene over the telephone.

Once that occurred, Greene had to remove himself as a pro se litigant in that federal venue. We couldn't find a legal basis to pursue a civil case in a legal location that couldn't respect the other half of Mr. Greene. We also felt that restrictive measures were also in the process since the unruliness was coming from a Federal venue that had authority over the Middle District of Georgia.

That's the storyline of this matter. We also feel that such information is relevant to protect Greene's name here. Greene is loving spouse that respects the feelings of Valerie Stephen, and the 11TH Circuit's disresepct towards Valerie probably had something to do with Greene. Valerie told her husband to create some distance from that legal system, and Greene obeyed her instructions issued to him. Greene didn't have Valerie's support with the Georgia federal system when the Appeals Circuit disrespected her on unruly terms.

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☐    No ☒

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒    No ☐

Do you claim punitive monetary damages?

Yes ☐    No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

```
This was an illegal confinement from start to finish,
resulting in psychological damage to Greene due to the
unconstitutional aspects of the wrongful restraint imposed
by a facility director that felt that she was the Warden
of a Penal Institution. That's why it's a monetary demand.
```

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __30TH__ day of _____May_____, 20 _25_.

Signature of Plaintiff(s) _____